# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANGELO LAMONT MITCHELL,
Petitioner,
vs.
LEGISLATIVE COUNSEL BUREAU;
AND THE STATE OF NEVADA,
Respondents.

No. 77945

**FILED**

FEB 01 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of mandamus in a criminal matter. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRAP 21(b)(1); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). A challenge to the validity of the judgment of conviction and sentence must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS Chapter 34.

cc: Deangelo Lamont Mitchell
Attorney General/Carson City

SUPREME COURT
OF
NEVADA

(O) 1947A